IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at BALTIMORE

IN RE: MICHAEL FELDER              *

                                   *       Case No. 13-22635
                                           Chapter 13
                                   *

          Debtor                   *

## DEBTOR'S AFFIDAVIT REQUESTING DISCHARGE

***IN JOINT FILINGS, A SEPARATE AFFIDAVIT MUST BE COMPLETED BY EACH DEBTOR IN ORDER TO BE ELIGIBLE FOR A DISCHARGE***

The Chapter 13 Trustee has filed a notice of completion in my case and I am hereby requesting that the Court issue a discharge. I testify under penalty of perjury to the following: (Complete all sections and provide all required information.)

1. The following creditors hold a claim that is not discharged under 11 U.S.C. § 523 (a)(2) or (a)(4) or a claim that was reaffirmed under 11 U.S.C. § 524(c): (provide name, address, and telephone number of each such creditor)

   _____
   _____

2. I have not received a discharge in a Chapter 7, 11 or 12 bankruptcy case that was filed within 4 years prior to the filing of this Chapter 13 Bankruptcy.

3. I have not received a discharge in another Chapter 13 bankruptcy case that was filed within 2 years prior to the filing of this Chapter 13 bankruptcy.

4. A. __✓__ I did not have, either at the time of filing this bankruptcy or at the present time, equity in excess of $125,000 if the case was filed before April 1, 2007, or $136,875 if the case was filed on or after April 1, 2007 and before April 1, 2010, or $146,450 for a case filed on or after April 1, 2010 and before April 1, 2013, or $155,675 if the case was filed on or after April 1, 2013 in the type of property described in 11 U.S.C. §522(p)(1) [generally the debtor's homestead].

**Local Bankruptcy Form P**

B.     There is not currently pending any proceeding in which I may be found guilty of a felony of the kind described in 11 U.S.C. § 522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B).

5. COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT PURSUANT TO 11 U.S.C. § 1328(g)(1)

[Complete one of the following statements]

I, Michael Felder, the debtor in the above-styled
(printed name of debtor)
case hereby certify that on 08/15/18 I completed an instructional
(date)
course in personal financial management provided by Money Sharp Credit Counseling, Inc.
(Name of Provider)
by an approved personal financial management instruction provider.

☐ Official Form 23 was filed previously with the court; OR

☐ A document attesting to my completion of the personal financial management instruction course is attached.

I, _____, the debtor in the above-styled
(printed name of debtor)
case, hereby certify that no personal financial management course is required because: [check the appropriate box.]

☐ I am incapacitated or disabled, as defined in 11 U.S.C. § 109(h)(4);
☐ I am on active military duty in a military combat zone; or
☐ I reside in a district in which the United States Trustee has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

☐ CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS PURSUANT TO 11 U.S.C § 1328(a)

[Complete one of the following statements]

I, Michael Felder, the debtor in the above-styled case,
(printed name of debtor)
hereby certify that I am not currently required, nor at any time during the period of this bankruptcy have I been required, by a judicial or administrative order, or by statute, to pay a domestic support obligation.

**Local Bankruptcy Form P**
**Page Two**

I, _____, the debtor in the above-styled
    (printed name of debtor)
case am required by judicial or administrative order, or by statute, to pay a domestic support obligation as defined in 11 U.S.C. § 101(14A). (This refers to a debt owed to or recoverable by a spouse, former spouse or child of the debtor or such child's parent, legal guardian or responsible relative or a governmental unit in the nature of alimony, maintenance or support.) The name and address of each holder of a domestic support obligation follows:

_____
_____
_____
_____

_____
_____
_____
_____

[check the appropriate box.]

    [ ] I hereby certify that all amounts payable under such order or such statute that are due on or before the date of this affidavit (including amounts due before the petition was filed, but only to the extent provided for by the plan) have been paid; or

    I have executed, and the court has approved, a written waiver of discharge pursuant to 11 U.S.C. § 1328(a).

My current address is:
    8 Irving Place
    Pikesville, MD 21208

The name and address of my most recent/current employer is:
    Superior Field Service
    8 Irving Place
    Pikesville, MD 21208

**Local Bankruptcy Form P**
**Page Three**

I declare under penalty of perjury that all of the above statements are true and correct to the best of my knowledge, information, and belief, and that the Court may rely on the truth of each statement in determining whether to grant me a discharge in this case. I further understand that the court may revoke my discharge if such order of discharge was procured by fraud.

Signature of Debtor: _Michael E. Tilden_ Date: _8/22/18_

## NOTICE OF OPPORTUNITY TO OBJECT

Any objections to the accuracy of this affidavit must be filed within fourteen (14) days of the date of service of this Affidavit. If no objection is filed, the Court will consider entering a discharge order in this case without further notice or hearing.

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of _____, 20__, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Debtor's Affidavit Requesting Discharge will be served electronically by the Court's CM/ECF system on the following:

Name of Trustee, Chapter 7/13   _Robert Thomas, III_

Name of Attorney

Name of Attorney

I hereby further certify that on the _____ day of _____, 20__, a copy of the Debtor's Affidavit Requesting Discharge was also mailed first class mail, postage prepaid to:

Name of Party   _Internal Revenue Service_
Address of Party   _Special Bankruptcy Services_
City, State  Zip   _31 Hopkins Plaza_
_Baltimore, MD 21202_

Name of Party   _Stanley L. Abrahams + Estate of Norman D. Abrahams_
Address of Party   _c/o Hunter Piely, Esq._
City, State  Zip   _502 Washington Ave, Suite 730_
_Towson, MD 21204_

**Local Bankruptcy Form P**
**Page Four**

Name of Party  Mayor + City Council of Baltimore
Address of Party  Dept of Finance, 200 N. Holliday St.
City, State  Zip  Abel Wolman Bldg; Baltimore, MD 21202   Signature _Kim Parker_
[Type or print your name]

NOTE: The Certificate of Service must comply with Local Bankruptcy Rule 7005-2(2).

**Local Bankruptcy Form P**
**Page Five**